UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRIDKOR, LLC and GRIDKOR TRUCKING AND LOGISTICS LLC,

          Plaintiffs,

-v-

LESYA MAYDANSKA and OLEH MAYDANSKYY,

          Defendants.

CIVIL ACTION NO.: 23 MC 452 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of Plaintiffs' representations in their letter at ECF No. 21, the Court orders as follows:

1. Defendants' deadline to respond to the Plaintiffs' motion (ECF No. 1) to compel compliance with subpoenas they served on Defendants (the "Subpoenas") is HELD IN ABEYANCE for thirty (30) days.

2. By **January 17, 2024**, Plaintiff shall file a letter reporting on the status of Defendants' compliance with the Subpoenas.

Dated:    New York, New York
             December 18, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge