UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRIDKOR, LLC and GRIDKOR TRUCKING AND LOGISTICS LLC,

               Plaintiffs,

-v-

LESYA MAYDANSKA and OLEH MAYDANSKYY,

               Defendants.

CIVIL ACTION NO.: 23 MC 452 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' request at ECF No. 23 is GRANTED, and the Court orders as follows:

1. Defendants' deadline to respond to the Plaintiffs' motion (ECF No. 1) to compel compliance with subpoenas they served on Defendants (the "Subpoenas") is HELD IN ABEYANCE for a further fourteen (14) days.

2. By **January 31, 2024**, Plaintiff shall file a letter reporting on the status of Defendants' compliance with the Subpoenas and, if appropriate, a notice or stipulation of dismissal for the attention of the Honorable Jessica G. L. Clarke.

Dated:    New York, New York
            January 18, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge