UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
GRIDKOR, LLC, *et al.*,

                   Plaintiffs,

v.

IGOR GORBACH, *et al.*,

                   Defendants.
------------------------------------------------------- X

Case No. 1:23-mc-452

Underlying Action:
Case No. 5:23-cv-03563-EGS (E.D. Pa.)

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs GridKor, LLC and GridKor Trucking and Logistics LLC hereby voluntarily dismisses this miscellaneous action without prejudice.

Dated: January 31, 2024

Respectfully Submitted,

/s/ Kerry Brainard Verdi
Kerry Brainard Verdi, Esq.
VERDI & OGLETREE PLLC
1325 G Street, NW, Suite 500
Washington, DC 20005
Telephone: (202) 449-7703
kverdi@verdiogletree.com

*Attorneys for GridKor, LLC and GridKor Trucking and Logistics LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 31, 2024, I served or caused to be served via email true and correct copies of the foregoing and all attachments thereto on the following:

James E. DelBello
Adria M. Lamba
**Holland & Knight LLP**
1650 Market Street, Suite 3300
Philadelphia, PA 19103
james.delbello@hklaw.com
adria.lamba@khlaw.com

*Counsel for Defendant Jonathan Jacobs*

Bill McCulloh
974 Little East Neck Road
West Babylon, NY 11704
bill@mccullohlaw.com

*Counsel for Oleh Maydanskyy and Lesya Maydanska*

Igor Gorbach
igorgorbach1@gmail.com

William Collins
bill@mrrouteinc.com

Oleksandr Maydanskyy
oleksandrmaydansky@gmail.com

Ucha Matcharashvili
georgiantransportation@gmail.com

Milos Mitic
championmilos@gmail.com

Pavlo Tupychak
pavlo.tupychak@ptkdevelopment.com


    /s/ Kerry Brainard Verdi